**FILED**
10/17/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Christopher Rosenow__

Jury Trial Demand

v.

Case Number:

3:23-cv-00171-MPB-CSW
(to be supplied by clerk of court)

(Full name of defendant(s))

__Michael Cochren, Chief Prosecutor of Gibson County Indiana, Gibson County, State of Indiana__

A. PARTIES

1. Plaintiff is a citizen of __Indiana__ (State), and is located at __Gibson County Jail, 112 E. Emerson, Princeton, IN 47670__ (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __State of Indiana, Michael Cochren__ (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __Unknown__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for : __State of Indiana, Gibson County Indiana__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

This is not a case of a criminal defendant (hereinafter "Plaintiff") crying sour grapes or seeking revenge for being charged or prosecuted. Plaintiff complains not of any typical or even un-typical actions or decisions made by Chief Prosecutor Michael Cochren (hereinafter "Defendant") while performing his duties in good faith in the pursuit of justice. Plaintiff understands full well that prosecutors in general necessarily enjoy broad immunity while performing in good faith & that only the most agregious misconduct subjects their ~~his~~ actions to liability for damages. Plaintiff however avers to this Honorable Court that Defendant's actions, outlined in the following, are so disgusting & abusive & dangerous society has no interest in granting immunity to someone like him, in this instance. Specifically, on September 5, 2003, approximately 9:00am during Plaintiff's arraignment/appearance in Gibson County Circuit Court

Complaint - 2

in front of a packed courthouse containing Plaintiff's family members, family friends & other members of the community Defendant declared in a booming, rageful & deranged scream pitched so high & powerful his vocal chords cracked & almost failed that he was charging Plaintiff with possession of child pornography level 6 Felony. The overpowering terrible & highly prejudicial bias displayed by Defendant, at this most sensitive of moments can not be exagerated & is forever recorded via official video transcript. Please see: Gibson County Indiana Circuit Court Video transcript dated 9/5/23 9am State v Rosenow. Putting the irreperable damage caused to Plaintiff's life aside for the moment, Plaintiff avers that Defendants gross misconduct not only poses an immediate danger to the community it is repugnant to society for a trusted public official to go unpunished for misleading the public in such a grotesque fashion. Defendant crafted & designed his announcement not only to inflict maximum damage to Plaintiff's life but also to decieve the community into believing Plaintiff was not only guilty but particularly heinous & that violence against Plaintiff was sanctioned by local government. The grave peril Defendant has placed Plaintiff's life in & the threat to the community this misconduct poses cannot be under-estimated. Branding Plaintiff a child pornographer with absolutely no conviction, while a deplorable abuse of authority, is but a secondary consideration when considering the unjustified inflaming of vigilante sentiments in the community members who, witnessing Defendant announcement might perhaps be incited to violent or other illegal actions directed towards Plaintiff. Could they even be blamed for following the lead of a trusted public official? Defendant has not only ruined Plaintiff's life & forever made him a target in the community he grossly abused his authority & betrayed the public trust to do so. Sovriegn Immunity cannot & must not apply when it is used to abuse the community & society from which it was granted. As an expert of law with decades of experience & given the sensitive nature of the charge Defendant knew he was decieving the public & understood full well what he was doing to my life. Defendant's rage proves intent

Complaint - 3

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[✓] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want $250,000.00 in punitive damages. I also want $250,000.00 in compensatory damages. And I want a public apology published in the local papers.

E.     JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __16th__ day of __October__ 20__23__.

Respectfully Submitted,

__[signature]__
Signature of Plaintiff

__#108889__
Plaintiff's Prisoner ID Number

__Gibson County Jail__
__112 E. Emerson St., Princeton IN 47670__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.     OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

__[signature]__
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

# FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.