UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER ROSENOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00171-MPB-CSW |
| | ) |
| MICHAEL COCHREN, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b).

Dated: February 28, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

CHRISTOPHER ROSENOW
108889
Gibson County Jail
112 E. Emerson St.
Princeton, IN 47670